# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

---

### FIRST DEPARTMENT, NOVEMBER, 1905.

Delia Magee, as Administratrix, v. New York City Railway Company.— Motion denied on payment of ten dollars costs.

Robert Hall, Respondent, v. Metropolitan Street Railway Company, Appellant. — Reargument ordered.

Frances A. Robinson v. Mary A. De Fere and Others.— Motion granted.

Alexander M. Copstein v. Union Railway Company.— Motion denied on payment of ten dollars costs.

Jacob Schenkel v. Hochem Lischinsky.— Motion denied, with ten dollars costs.

Julius M. Ferguson v. Franklin Bien.— Motion denied, with ten dollars costs.

Sydney Deane v. Leander S. Sire.— Motion denied, with ten dollars costs.

Fred Henry Cox v. Charles E. Clarke.— Motion denied.

George G. Zamory v. Joseph Levy and Another.— Motion dismissed, with ten dollars costs.

Ralph Raymond v. Security Trust and Life Insurance Company. — Motion denied.

W. Russell Osborn v. Henry Aplington.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Dora Yungbluth v. John Christman and Another.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Frank Genninger v. Isaac Brown and Others.— Motion granted so far as to dismiss appeal, with ten dollars costs.

James W. McDermott and Another v. Cordelia E. Yvelin.— Motion granted so far as to dismiss appeal, with ten dollars costs.

In the Matter of William W. Astor, Martin Geiszler, Gustav Kahrs, Emma E. De Vinne, Jessie H. Tremenheere and Frederick W. A. Wolfrath.— Motion granted ; time extended to January 1, 1907.

Tompkins McIlvaine v. George Steinson.— Motion granted. Memorandum per curiam.

Bernard McGovern v. Manhattan Railway Company.— Motion to dismiss appeal from judgment granted, with ten dollars costs. Memorandum per curiam.

Julia S. Dwight v. Samuel R. Lawrence.— Motion denied. Memorandum per curiam.

The Arlington Company, Respondent, v. Colonial Assurance Company of the City of New York, Appellant.— Judgment affirmed, with costs, on the authority of 180 New York, 337.

Annie Kragel, as Administratrix, etc., of William Kragel, Deceased, Appellant, v. Samuel Green and Daniel W. Richman, Respondents.— Judgment and order affirmed, with costs. No opinion.

Antonio Conte, Respondent, v. The City of New York, Appellant.— Order modified by requiring plaintiff to pay trial fee and ten dollars costs of motion, and as modified affirmed, without costs. No opinion.